150 So. 920

## Ruby J. PITTMAN v. STATE.

### 4 Div. 730.

Supreme Court of Alabama.

Nov. 2, 1933.

J. L. Giddens, of Troy, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., opposed.

BOULDIN, Justice.

Petition of Ruby J. Pittman for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Pittman v. State (4 Div. 8) 25 Ala. App. 667, 150 So. 926.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.

---

148 So. 914

## John Eddie POPE v. STATE.

### 8 Div. 480.

Supreme Court of Alabama.

May 18, 1933.

PER CURIAM.

Appeal dismissed.

---

149 So. 922

## Fannie ROBINSON v. STATE.

### 6 Div. 428.

Supreme Court of Alabama, Special Term.

Sept. 28, 1933.

L. D. Gray, of Jasper, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., opposed.

KNIGHT, Justice.

Petition of Fannie Robinson for certiorari to the Court of Appeals in Robinson v. State, 25 Ala. App. 673, 149 So. 926.

Petitioner's appeal in this cause was determined by the Court of Appeals adversely to petitioner, without an opinion. The application for rehearing made in that court was likewise overruled without an opinion.

This court is committed to the proposition that a review here on certiorari is limited to a review of the opinion, "not the record and judgment," of the Court of Appeals. Nothing being presented for review, the writ will be and is denied. Lawson v. State, 219 Ala. 461, 122 So. 467.

Writ denied.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.

---

150 So. 920

## E. C. SALVO v. Allie SPARKS.

### 7 Div. 209.

Supreme Court of Alabama.

Nov. 2, 1933.

Ross Blackmon, of Anniston, for appellant.

S. W. Tate, of Anniston, for appellee.

FOSTER, Justice.

Affirmed.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.